

# YOUNG CONAWAY
# STARGATT & TAYLOR, LLP
*Attorneys at Law*

**WILMINGTON**
RODNEY SQUARE

**NEW YORK**
ROCKEFELLER CENTER

**Anne Shea Gaza**
P 302.571.6727
agaza@ycst.com

April 8, 2016

**VIA CM/ECF & HAND DELIVERY**
John A. Cerino
Clerk of the United States District Court
District of Delaware
844 North King Street
Room 4209, Lock Box 18
Wilmington, DE 19801

       Re:    *United States of America v. Halliburton Co. and Baker Hughes Inc.*,
               C.A. No. 16-233-UNA

Dear Mr. Cerino:

      We write on behalf of Defendants Halliburton Co. and Baker Hughes Inc. in the above-referenced action. Enclosed please find copies of Defendants' Motion to Expedite the Briefing Schedule for their Motion to Transfer Venue ("Motion to Expedite Briefing"), Defendants' Motion to Transfer Venue, Defendants' Opening Brief in Support of Their Motion to Transfer Venue, and supporting declarations, which were filed today. As explained in Defendants' moving papers, Defendants seek expedited briefing in conjunction with their Motion to Transfer Venue because speedy resolution of the transfer motion is a critical first step to adjudicating this case in a timely and efficient manner. The threshold issue of the appropriate venue for this case will materially affect the Defendants' ability to obtain a timely and meaningful judicial review of Plaintiff's allegations that the Defendants' proposed merger should be enjoined.

      Accordingly, we respectfully request that this matter be referred to a Judge as soon as possible so that the Motion to Expedite Briefing, and ultimately the Motion to Transfer Venue, can be adjudicated at the Court's earliest convenience.

      As always, if you have any questions or concerns regarding this matter, please do not hesitate to contact me.

YOUNG CONAWAY STARGATT & TAYLOR, LLP
April 8, 2016
Page 2

                                              Respectfully,

                                              */s/ Anne Shea Gaza*

                                              Anne Shea Gaza (#4093)

Enclosures
cc:    All Counsel of Record
       (via CM/ECF and email)(w/encl.)