# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) ) ) |
| Plaintiff, | ) ) C.A. No. 16-233-GMS |
| v. | ) ) ) |
| HALLIBURTON CO. and BAKER HUGHES INC., | ) ) ) |
| Defendants. | ) ) ) ) |

## STIPULATION AND [PROPOSED] ORDER REGARDING DISCOVERY

*WHEREAS*, the Parties wish to proceed with certain discovery notwithstanding the pending Motion to Transfer Venue (D.I. 5), for which a hearing has been scheduled for May 18, 2016.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties hereto, through their undersigned counsel and subject to the approval of the Court, as follows:

1. The Parties shall exchange Initial Disclosures pursuant to Federal Rule of Civil Procedure 26(a) on or before April 28, 2016;

2. The Parties may commence Rule 34 discovery upon the entry of this Order; and

3. The Parties may commence discovery directed to third parties upon the entry of this Order.

Active

| | |
|---|---|
| CHARLES M. OBERLY, III<br>UNITED STATES ATTORNEY | YOUNG CONAWAY STARGATT<br> & TAYLOR, LLP |
| */s/ Jennifer Hall*<br>Jennifer Hall (No. 5122)<br>Assistant United States Attorney<br>1007 Orange Street<br>Suite 700<br>Wilmington, DE 19801<br>(302) 573-6277<br>jennifer.hall@usdoj.gov<br>*Attorneys for Plaintiff*<br>*United States of America* | */s/ Anne Shea Gaza*<br>David C. McBride (No. 408)<br>Anne Shea Gaza (No. 4093)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-6600<br>dmcbride@ycst.com<br>agaza@ycst.com<br>*Attorneys for Defendant*<br>*Halliburton Company* |
| MORRIS, NICHOLS, ARSHT<br> & TUNNELL LLP | |
| */s/ Ethan H. Townsend*<br>S. Mark Hurd (No. 3297)<br>Ethan H. Townsend (No. 5813)<br>1201 North Market Street<br>Wilmington, DE  19899<br>(302) 658-9200<br>shurd@mnat.com<br>etownsend@mnat.com<br>*Attorneys for Defendant*<br>*Baker Hughes Inc.* | |

Dated: April 25, 2016

      **SO ORDERED this \_\_\_ day of _____, 2016.**

---
**THE HONORABLE GREGORY M. SLEET**
**UNITED STATES DISTRICT JUDGE**