IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | C.A. No. 16-233-GMS |
| HALLIBURTON CO. and ) | |
| BAKER HUGHES INC., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on April 28, 2016, copies of Defendant Halliburton Company's Initial Disclosures were caused to be served on the following counsel of record in the manner indicated:

**BY E-MAIL**

>Jennifer Lynne Hall
>U.S. Attorney's Office
>The Nemours Building
>1007 Orange Street, Suite 700
>Wilmington, DE 19899-2046
>jennifer.hall@usdoj.gov
>
>Blake W. Rushforth
>Angela L. Hughes
>David I. Gelfand
>U.S. Department of Justice
>Antitrust Division
>450 Fifth St., NW, Suite 8000
>Washington, DC 20530
>blake.rushforth@usdoj.gov
>angela.hughes@usdoj.gov
>david.gelfand@usdoj.gov
>
>*Attorneys for Plaintiff*

01:18624606.1

PLEASE TAKE FURTHER NOTICE that on April 28, 2016, a true and correct copy of this Notice of Service was caused to be electronically filed with the Clerk of the Court using CM/ECF and served by e-mail on all counsel of record.

Dated: April 28, 2016

| | |
|---|---|
| OF COUNSEL:<br><br>Richard G. Parker<br>Edward D. Hassi<br>Katrina Robson<br>O'MELVENY & MYERS LLP<br>1625 Eye Street, NW<br>Washington, DC 20006<br>(202) 383-5300<br>rparker@omm.com<br>ehassi@omm.com<br>krobson@omm.com<br><br>Wallace M. Allan<br>O'MELVENY & MYERS LLP<br>400 South Hope Street<br>Los Angeles, CA 90071<br>(213) 430-6000<br>tallan@omm.com<br><br>Stephen Weissman<br>Joseph A. Ostoyich<br>James G. Kress<br>Thomas J. Dillickrath<br>William C. Lavery<br>BAKER BOTTS LLP<br>1299 Pennsylvania Avenue, NW<br>Washington, DC 20004<br>(202) 639-7700<br>stephen.weissman@bakerbotts.com<br>joseph.ostoyich@bakerbotts.com<br>james.kress@bakerbotts.com<br>thomas.dillickrath@bakerbotts.com<br>william.lavery@bakerbotts.com | YOUNG CONAWAY STARGATT<br>  & TAYLOR, LLP<br><br>/s/ *Anne Shea Gaza*<br>David C. McBride (No. 408)<br>Anne Shea Gaza (No. 4093)<br>James M. Yoch, Jr. (No. 5251)<br>Samantha G. Wilson (No. 5816)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-6600<br>dmcbride@ycst.com<br>agaza@ycst.com<br>jyoch@ycst.com<br>swilson@ycst.com<br><br>*Attorneys for Defendant*<br>*Halliburton Company* |